720 A.2d 127

**Michael J. DINGER, Petitioner,**

v.

**SOUTHERN ENERGY HOMES OF PENNSYLVANIA, INC., Respondent.**

Supreme Court of Pennsylvania.

Nov. 13, 1998.

## ORDER

PER CURIAM:

AND NOW, this 13th day of November, 1998, the Petition for Allowance of Appeal is GRANTED and the decision of the Superior Court is REVERSED. *Shick v. Shirey,* 552 Pa. 590, 716 A.2d 1231 (1998).